Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Jeffrey D. Winchester, Bar No. 100279
jeffrey.winchester@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Peterbilt of Las Vegas, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOESPH GUSMAN,<br><br>Plaintiff,<br><br>v.<br><br>PETERBILT OF LAS VEGAS, INC., a Nevada corporation; PETERBILT TRUCK PARTS & EQUIPMENT, LLC, a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendant. | Case No. 2:10-CV-02267-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSEPH GUSMAN and Defendant PETERBILT OF LAS VEGAS, INC., by and through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 31st day of May, 2011.

_____
Kristina S. Holman, Bar # 3742
1100 E. Bridger Ave.
Las Vegas, NV 89101

*Attorneys for Plaintiff*

JACKSON LEWIS LLP

_____
Elayna J. Youchah, Bar # 5837
Jeffrey D. Winchester, Bar # 100279
3960 Howard Hughes Parkway, Ste. 450
Las Vegas, Nevada 89169

*Attorneys for Defendant*

JACKSON LEWIS LLP
LAS VEGAS

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 1st day of June, 2011.

_____
U.S. District Judge

4815-4710-9897, v. 1